# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM E. BUSH,** | : | CIVIL ACTION NO. 1:08-CV-1990 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **LEWISBURG U.S.P. FEDERAL PRISON,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 10th day of June, 2010, upon consideration of plaintiff's affidavit (Doc. 24), in which it appears that he provides additional information in support of the claims he is attempting to advance, and in accordance with the prior order of court affording plaintiff the opportunity to amend the complaint, it is hereby ORDERED that:

1. Plaintiff may FILE an amended complaint in accordance with the memorandum and order of April 28, 2009 (Doc. 21), on or before July 1, 2009.

2. The amended complaint shall carry the same civil docket number (1:08-CV-1990) presently assigned to this matter.

3. The amended complaint shall be filed on the accompanying civil rights form and shall be a short, plain, and concise statement of the claim and shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. FED. R. CIV. P. 8(e)(1).

4. If plaintiff chooses to file an amended complaint, the Clerk of Court will be directed to reopen this matter.


                              S/ Christopher C. Conner
                              CHRISTOPHER C. CONNER
                              United States District Judge