# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM E. BUSH,** | : | CIVIL ACTION NO. 1:08-CV-1990 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **LEWISBURG U.S.P. FEDERAL PRISON,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 22nd day of January, 2010, upon consideration of plaintiff's motion for appointment of counsel (Doc. 55), it is hereby ORDERED that the motion is DENIED for the reasons set forth in the prior order of court (see Doc. 19, citing Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel)). If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge